# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE-OPELOUSAS DIVISION

| UNITED STATES OF AMERICA | * | CRIM. NO. 08CR-0363-05 |
|---|---|---|
| VERSUS | * | JUDGE HAIK |
| JERRY GUZMAN | * | MAGISTRATE JUDGE HILL |

## RULING ON MOTION TO REVIEW DETENTION ORDER

The defendant, Jerry Guzman, has moved the Court to review the detention order previously entered herein by the United States District Court for the Southern District of Texas. [Record Doc. 55-3 and 113]. The government opposes the motion. [Record Doc. 115].

My review of the records submitted to this court by the Southern District of Texas indicates that the defendant requested, and was granted, a full detention hearing prior to his transfer to this Court. The defendant fails to show any material change in circumstance since the date of his detention hearing and the order of detention signed in the Southern District of Texas.

The government, correctly, notes that the defendant is charged with offenses which carry a presumption in favor of detention. The defendant was unable to overcome that presumption in the Southern District of Texas, and has made no showing that he can overcome that presumption here. Accordingly, the motion to review the detention order

previously entered herein is hereby **denied.**

May 28, 2009, Lafayette, Louisiana.

C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE